# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICHOLAS KARANJA, | ) | NO. CV 12-3280 TJH (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| GABRIEL VALDEZ, Officer-in-Charge, Adelanto Detention Facility, | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 7, 2012.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE